AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

FILED

OCT 11 2005

**2001 East McCabe Road**
**Holtville, CA   92250**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

*CASE NUMBER:* '05 mg 8595

I  Don E. Webster being duly sworn depose and say:

I am a Special Agent, U. S. Immigration & Customs Enforcement and have reason to believe that on the premises known as:

## ATTACHMENT A & A1

In the  **SOUTHERN**  District of  **CALIFORNIA**  there is now concealed a certain person or property, namely (describe the person or property)

## ATTACHMENT B

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

Subject to seizure under Rule 41(b)(1), property that constitutes evidence of the commission of a criminal offense or (2) contraband, the fruits of crime or thing otherwise criminally possessed

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (iii), (iv, (v)(I), (v)(II) and (a)(2)(B)(ii), and 18 U.S.C. § 2

The facts to support the issuance of a Search Warrant are as follows:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   **X** Yes   ☐ No

_____
Don E. Webster, Special Agent
U. S. Immigration & Customs
Enforcement

Sworn to before me, and subscribed in my presence

_____        at    El Centro, CA
__Date       10-11-05                                    City and State

**Joseph E. Schmitt**

HON. PETER C. LEWIS
U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

**Joseph E. Schmitt**

_____
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF:

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate                Date

**Attachment A**

**The property to be searched**: 2001 E. McCabe road, Holtville, California, 92250, is legally described as PAR B LS 10-66 LY IN LOT 3 SEC 19 T16S R16E 32.65 AC. It consists of two single story tan stucco rectangular structures and two older singlewide trailers with wooden awnings located on the 32.65 acres of rural property. This property is fenced in on the north, west and southern boundaries with an eight-foot chain link fence. It also has several trees and bushes along the fence that limit views inside the property. There are two gates into the property, one at the northwest corner and one to the south on the western end of the property. The property has agricultural lands to the north, west, and south. The Alamo River borders the east side.

The four structures to be searched are located on the northern portion of the property with immediate gated access to the intersection of Towland Road and McCabe Road and are described as follows:

(i) This structure is an administrative house consisting of a small single story tan stucco residence occupied by Alberto Noriega-Perez.

(ii) This structure is a load house consisting of a medium sized single story tan stucco residence that was split into two apartments. Alfredo Garcia-Ortega, his wife, and three children occupy the eastern portion of the residence. The western portion is utilized to conceal undocumented aliens.

(iii) This structure is an administrative house which is located twenty feet south of the structure described in (ii). It is an older light blue aluminum sided single-wide trailer with a wooden awning over the porch.

(iv) This structure is an administrative house which is located immediately east of the structure described in (iii). It is an older pink aluminum sided singlewide trailer with a wooden awning over the porch.

All four structures to be searched are depicted in Attachment A-1.

## Attachment A-1

**Photo of Structure Described in Attachment A, Paragraph (i)**



**Description of photo**

This is the administrative house occupied by Alberto Noriega-Perez.

Photo of Structure Described in Attachment A, Paragraphs (ii), (iii), and (iv)



Description of photo

The structure at the top right side of the photo is the load house.
The structure at the top of the photo and to the left of the load house is a trailer with
an awning which is used as an administrative house.
The structure to the left of the load house and below the administrative house
referenced above is another trailer with an awning which is used as an
administrative house.

## Attachment B

**The items to be seized**: passports, altered or fraudulent identification and immigration documents, various forms of United States Government documentation relating to alienage; travel documents; foreign and domestic correspondence relating to alien smuggling arrangements; airline/airfare tickets; lists containing names of associates and arrangers involved in alien smuggling activity; lists containing names of smuggled aliens along with their destinations and fees paid or to be paid; vehicle registrations of vehicles used in the smuggling and transporting of illegal aliens; financial records; bank statements; telephone records and bills; documents and receipts relating to evidence of temporary lodging of illegal aliens; documents indicating possession, dominion, and/or control of the property and any structures thereon; personal property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; utility bills; money orders and money order receipts; computer disks or diskettes and hard drives and the contents therein utilized to maintain alien smuggling transaction records; and cellular telephones utilized to facilitate the bringing in, harboring, and transporting of illegal aliens.

# AFFIDAVIT

STATE OF CALIFORNIA      )
                          )    ss
COUNTY OF IMPERIAL        )

I, Don E. Webster, Senior Special Agent, Immigration and Customs Enforcement (ICE), being duly sworn, hereby depose and state:

**A.    Training and Experience**

1.    I have been a Senior Special Agent (SSA) with United States Immigration and Customs Enforcement since March 2003. Prior to that, I was an investigator with the Anti-smuggling Unit assigned to the El Centro Border Patrol Sector. Prior to that I was a Supervisory Border Patrol Agent in El Centro, California, since January 1989. I am currently assigned to the Calexico, California Office of Investigations, Human Trafficking Group. The Human Trafficking Group is tasked with investigating, arresting, and prosecuting alien smuggling organizations that utilize the Southern District of California as an operational corridor. These investigations are complex criminal investigations of mid- to high-level criminal smuggling organizations.

2.    During my career, I have investigated and assisted in investigating multiple smuggling organizations, which resulted in the issuance of arrest warrants, search warrants, seizure warrants and the indictments/convictions individuals for alien smuggling. These persons include drivers, recruiters, arrangers, document providers, and top-level managers.

3.    In the course of my current duties, I investigate and prepare for prosecution cases against persons involved in the inducement of illegal entry of undocumented aliens into

(1)

the United States; the smuggling of undocumented aliens into the United States; the transportation and harboring of undocumented aliens within the United States; and the utilization of illegally-obtained, counterfeit, altered or genuine immigration documents by undocumented aliens to illegally gain entry or remain in the United States.

4.    It is my experience, and the experience of many law enforcement officers with whom I have worked and conversed, that a conspiracy to smuggle aliens, and the smuggling of aliens, generates many types of evidence. Examples include passports, altered or fraudulent identification and immigration documents, various forms of United States Government documentation relating to alienage; travel documents; foreign and domestic correspondence relating to alien smuggling arrangements; airline/airfare tickets; lists containing names of associates and arrangers involved in alien smuggling activity; lists containing names of smuggled aliens along with their destinations and fees paid or to be paid; vehicle registrations of vehicles used in the smuggling and transporting of illegal aliens; financial records; bank statements; telephone records and bills; documents and receipts relating to evidence of temporary lodging of illegal aliens; documents indicating possession, dominion, and/or control of the property and any structures thereon; personal property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; utility bills; money orders and money order receipts; computer disks or diskettes and hard drives and the contents therein utilized to maintain alien smuggling transaction records; and cellular telephones utilized to facilitate the bringing in, harboring, and transporting of illegal aliens.

//

(2)

**B.    Purpose of This Affidavit**

5.    This affidavit is submitted in support of an application for the issuance of a search warrant for four structures located at 2001 E. McCabe Road, Holtville, California, 92250, and more fully described in Attachment A and depicted in Attachment A-1, incorporated herein by reference.  A description of items to be seized is set forth in Attachment B, incorporated herein by reference.  Because the purpose of this affidavit is merely to provide probable cause for the issuance of a search warrant, it does not contain all information developed in connection with the investigation described herein.  The information set forth below is based upon my personal observations, my conversations with other law enforcement personnel, review of reports prepared by myself or other law enforcement personnel, and conversations with other witnesses.

**C.    Glossary**

6.    The terms set forth below are widely utilized by law enforcement officers when referring to the duties and/or roles of alien smuggling conspirators and operational sites:

a. Sponsor.  The relatives, friends, or prospective employers of smuggled aliens who aid by paying the smuggling fees (such a transaction is hereinafter referred to as a "buy-out").

b. Load house.  Premises utilized to harbor and conceal undocumented aliens while awaiting further transportation north and/or pending delivery within the United States.

(3)

c. <u>Administrative house</u>. Premises utilized to keep accounting/bookkeeping records of smuggling activities and arrange for such activities via telephone. These residences are also utilized by key transportation managers for lodging between their movements of aliens.

**D.    <u>Summary of Investigation</u>**

7.    In 2003, the USBP Anti-Smuggling Unit (ASU) began investigating an alien smuggling organization that arranges transportation and harboring for undocumented aliens in Imperial County. As described herein, the investigation has revealed that undocumented aliens are transported to load houses near Holtville, and then north to Los Angeles, California. Arrangements are then made for the delivery of the undocumented aliens to their sponsors after payment of the smuggling fee. As described herein, the investigation has identified: (1) a current administrative house for the organization located at 2001 E. McCabe Road, Holtville, California; (2) a current load house at 2001 E. McCabe Road, Holtville, California; (3) an administrative house that is an older single wide trailer at 2001 E. McCabe Road, Holtville, California 92250; and (4) an administrative house that is an older single wide trailer at 2001 E. McCabe Road, Holtville, California 92250.

8.    Described below is a series of events including apprehensions, arrests, surveillance, and witness statements. Based on these events and information, there is probable cause to believe that members of the alien smuggling organization are involved in a conspiracy to conceal and transport illegal aliens, and to bring illegal aliens into the United States, in violation of 8 U.S.C. § 1324.

(4)

9.      On January 23, 2003, Special Agents from the Anti-Smuggling Unit (ASU) in El

Centro, California, apprehended eighteen undocumented aliens at 2001 E. McCabe Road,

Holtville, California.  The aliens were located in a house referred to in Attachment A (ii)

and depicted in A-1.  At that time, Agents learned that Alberto Noriega-Perez owned the

property and maintained a residence referred to in Attachment A (i) and depicted in A-1.

10.     On February 19, 2003, Special Agents returned to 2001 E. McCabe Road,

Holtville, California, and apprehended an additional six undocumented aliens in the

house identified in Attachment A (ii).

11.     On May 07, 2003, ASU Special Agent Webster received a telephone call from an

individual (hereinafter "CI-1"), stating that several aliens had been placed in a converted

garage located at 1621 Alamo Road, Holtville, California.  CI-1 also stated that the

undocumented aliens would be transported into the interior of the United States in a

tractor-trailer.  Special Agents responded to the 1621 Alamo Road and began surveillance

on May 07, 2003 at approximately 6:30 p.m.  Agents continuously monitored the

residence and observed several subjects being removed from the residence and placed

into a red tractor-trailer.

12.     ASU agents followed the above-referenced tractor-trailer from 1621 Alamo Road

to the U.S. Border Patrol checkpoint near Niland, California, where it was inspected with

the consent of the driver. Border Patrol Agents at the checkpoint located fourteen

undocumented aliens concealed inside the refrigerated trailer.  The driver and passenger

were arrested and processed for transportation of illegal aliens, in violation of 8 U.S.C. §

1324. Subsequent investigation revealed that Alberto Noriega-Perez is the owner of the property at 1621 Alamo Road, Holtville, California.

13.    On October 31, 2004, Elvis Campos-Pantoja was arrested by Border Patrol El Centro at a local motel with three illegal aliens from Mexico. On November 11, 2004, Agent Webster identified Campos' truck as a Ford F-250 with California license plates 4W67337. Agent Webster observed the truck coming in and out of the property located at 2001 E. McCabe Road, Holtville, California. On December12, 2004, a check with the Imperial Irrigation District revealed that Elvis Campos was paying the electric bill at 2001 E. Mc Cabe Road, Holtville, California.

14.    On January 23, 2005, at approximately 6:00 p.m., Calexico Border Patrol Agents apprehended a smuggling event due to a lookout from Border Patrol Yuma, Arizona. A truck registered to Elvis CAMPOS-Pantoja, described as a 1994 black Ford F-250 with California license plates 4W67337, had a tarp covering several persons in the bed. The truck was being driven west on Interstate 8 into California. Agents stopped the truck and apprehended ten illegal aliens from Mexico. No driver was identified.

15.    On January 27, 2005, Calexico Border Patrol Agents apprehended a tandem load on Interstate 8 with 2 drivers/principals and nine undocumented aliens. One of the drivers took Supervisory Border Patrol Agent Nelson Atiles to 2001 E. McCabe Road and told him that he was taking the aliens to this property.

16.    On February 27, 2005, Calexico Border Patrol agents assisted the local Sheriff's office during a disturbance at 2001 E. Mc Cabe Road. Agents located and apprehended eighteen undocumented aliens in the load house identified in Attachment A (ii). Elvis

(6)

Campos was located in an administrative house identified in Attachment A (iii). Two

stolen vehicles were also recovered from inside the 2001 E. McCabe Road property.

During this event, Campos was driving a white Ford Expedition bearing California

license plates 5LEN094 registered to Martin Pantoja. This vehicle has been seen several

times at 1621 Alamo Road and 2001 E. McCabe Road, Holtville, California.

17.    On March 16, 2005, Immigration and Customs Enforcement agents, (ICE) were

observing the property at 1621 Alamo Road, Holtville, California. Agents watched as

several subjects were removed from the converted garage at 1621 Alamo Road and

placed into the bed and extended cab portion of a pick-up truck described as a 1995 blue

Chevrolet 1500 pick-up truck, California license plates 4E21107. The vehicle was

stopped and eighteen illegal aliens were apprehended. The driver of this vehicle, Jose

LOPEZ-Hernandez, was arrested and prosecuted for transportation of illegal aliens, in

violation of 8 U.S.C. § 1324. LOPEZ-Hernandez has pled guilty and is awaiting

sentencing.

18.    On May 5, 2005, at approximately 12:15 p.m. a vehicle departed from 1621

Alamo Road, Holtville, California. Border Patrol Agents attempted to stop the vehicle,

which resulted in a failure to yield. Agents finally were able to stop the vehicle after a

lengthy pursuit cross country through the desert. A driver and passenger were the only

occupants. During interviews, it was determined that the passenger was Rogelio PEREZ-

Bravo, a sixteen-year-old citizen of Mexico. PEREZ admitted to Special Agent Paul

Lewenthal that he and the driver were going to pick up illegal aliens. PEREZ further

1    admitted that he was the nephew of Alberto Noriega-Perez. Record checks show that

2    Rogelio PEREZ was apprehended at 2001 E. McCabe Road on February 21, 2005.

3    19.    On July 21, 2005, at approximately 2:06 a.m., Calexico Border Patrol

4    apprehended a driver and nine illegal aliens near Ogilby Road and Interstate 8. One of

5    the individuals apprehended on this occasion was Rogelio PEREZ. The vehicle utilized

6    was a 1993 Red GMC Z-71, California license plate 4U65812. This vehicle was seen at

7    2001 E. McCabe Road, Holtville, California, prior to this apprehension.

8    20.    On August 29, 2005, Agent Webster met with an individual (hereinafter "CI-2")

9    that provided information regarding the property located at 2001 E. McCabe Road,

10   Holtville, California. CI-2 stated that Alberto Noriega owned the property located at

11   2001 E. McCabe Road and has been present when illegal aliens were staged at the

12   property for further movement into the United States. CI-2 stated that Alberto Noriega

13   knowingly rents out his properties to smugglers for $1,500 per month to further the

14   movement of illegal aliens into the United States. Furthermore, CI-2 stated that several

15   key drivers working for the "Perfino" organization stay at the property.

16   21.    On September 4, 2005, ICE agents received information from an individual

17   (hereinafter "CI-3") that at least sixty illegal aliens were at the property located at 2001 E.

18   McCabe Road, Holtville, California. Agents began surveillance of the property and

19   Agent Webster observed a white Ford F-150 extended cab pick-up truck entering the

20   property at approximately 6:36 p.m. Thirteen minutes later the F-150 left the property

21   with at least three persons sitting in the front seat. ICE agents followed the vehicle until a

22   Custom and Border Protection helicopter arrived and the pilot was able to see that a tarp

was covering several persons in the bed of the truck. ICE agents attempted to stop the F-150 but the driver failed to yield and fled at a high rate of speed. ICE agents pursued the F-150 for more than sixty miles before the driver crashed into a large brush pile in the middle of the Chocolate Mountains gunnery range east of Niland, California. The driver fled and evaded apprehension. However, ICE agents were able to apprehend seventeen illegal aliens from Mexico.

22.    Special Agent Lewenthal interviewed the seventeen aliens referenced above and learned that they had been at a ranch for one day during which time they had observed up to eighty other illegal aliens coming and going from the house where they were kept. One person interviewed stated that when they arrived at the ranch house, a person asked them who brought them and then wrote down their names into a book. Shortly before they got into the truck, one of the witnesses stated that a man received a boost radio transmission that told him to move his truck because the driver of the white truck was coming into the property to load up with aliens. When the white truck arrived they were placed into it and the truck left the property.

23.    On September 28, 2005, SA-522-CA provided the following information regarding 2001 East McCabe Road in Holtville, California; SA-522-CA stated that he went to the McCabe Road location and observed approximately forty plus undocumented aliens. He spoke with the caretaker "Cejas". SA-522-CA further stated that "Cejas" told him that he was in charge of the aliens at the ranch and that business was prospering and that they would continue utilizing the ranch to stage large numbers of undocumented aliens.

24.     On September 29, 2005, SA-522-CA reported that he spoke with another known driver, "Negro". "Negro" stated that they were moving two and three trucks full of aliens per night out of the McCabe ranch property.  He further stated that business was good and that they would continue to move large numbers of aliens from the McCabe ranch on a daily basis.

25.     On October 7, 2005, SA-522-CA reported that the organization was going to move aliens from the McCabe ranch property.  SSA Webster relayed that information to El Centro Sector Border Patrol agents who were conducting an intelligence operation along the organizations route of travel in the Chocolate Mountain Bombing range. Border Patrol Agents encountered five smuggling vehicles resulting in forty-four arrests. During the apprehension, three vehicles were stopped with a controlled tire deflation device. One of those vehicles attempted to abscond resulting in a roll over accident with fourteen persons requiring hospitalization.  The driver of that vehicle was one of those transported to the hospital and subsequently absconded.  That driver was identified by SA-522-CA as "Catracho", a known driver of the organization.

26.     On October 10, 2005, SA-522-CA reported that the organization had over eighty undocumented aliens housed at the McCabe ranch and that they would be moved on October 11, 2005.  The source also stated that Alberto Noriega Perez arrived from Los Angeles, California on Sunday afternoon and was at his house on the ranch.

//

//

//

1  E.    **Conclusion:**

2    27.    Based on the above-described information and observations, I believe there is

3  probable cause to search the structures described in Attachment A and depicted in

4  Attachment A-1 for evidence of violations of 8 U.S.C. § 1324 (a)(1)(A)(ii), (iii), (iv),

5  (v)(I), (v)(II), and (a)(2)(B)(ii), and 18 U.S.C. § 2, including all items described in

6

7  Attachment B.

8    28.    It is further requested that this affidavit and the accompanying application and

9  warrant be sealed due to the ongoing criminal investigation.

10

11

12

13                          Don E. Webster, Special Agent, ASU

14  Subscribed to and sworn to before me

15  this ___11th___ day of October 2005.

16

17

18  THE HONORABLE PETER C. LEWIS
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28                                  (11)