CAROL C. LAM
United States Attorney
Paul L. Starita
Assistant U. S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Sixth Floor
San Diego, CA 92101-8800
Telephone: (619) 557-6507

Attorneys for the
United States of America

**FILED**

OCT 11 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of ) | Case No.: '05 MG 8595 |
| ) | |
| 2001 East McCabe Road ) | ORDER SEALING APPLICATION AND |
| Holtville, CA 92250 ) | AFFIDAVIT FOR SEARCH WARRANT |
| ) | |
| _____ ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing in that the investigation is ongoing.

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the affidavit of SPECIAL AGENT DON E. WEBSTER in support of the captioned matter and this order be sealed until further order of this Court.

DATED: 10-11-05

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

CAROL C. LAM
United States Attorney

_____
Paul L. Starita
Assistant U. S. Attorney