# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2001 East McCabe Road**
**Holtville, CA   92250**

FILED OCT 20 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# SEARCH WARRANT

CASE NUMBER: **'05 mg 8595**

TO: **Special Agent Don E. Webster** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Don E. Webster** who has reason to believe that ___ on the person of or __X__ on the premises known as (name, description and/or location)

**ATTACHMENT A & A1**

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B"** incorporated herein by reference

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____10-21-05_____
                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **PETER C. LEWIS** as required by law.

U.S. Judge or Magistrate

_10-11-05_ @ _9:20 A.M._       El Centro, CA
Date and Time Issued           City and State

**UNITED STATES MAGISTRATE JUDGE**        _____
Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/11/05 10:00 A.M. | 10/11/05 11:00 A.M. | Mrs. Maria Gomez-Garcia |

**INVENTORY MADE IN THE PRESENCE OF:**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHMENTS..

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Donald E. Webster S.A.I.C.E.

Subscribed, sworn to, and returned before me this date.

_____    10-20-05
U.S. Judge or Magistrate                  Date

## Attachment A

**The property to be searched**: 2001 E. McCabe road, Holtville, California, 92250, is legally described as PAR B LS 10-66 LY IN LOT 3 SEC 19 T16S R16E 32.65 AC. It consists of two single story tan stucco rectangular structures and two older singlewide trailers with wooden awnings located on the 32.65 acres of rural property. This property is fenced in on the north, west and southern boundaries with an eight-foot chain link fence. It also has several trees and bushes along the fence that limit views inside the property. There are two gates into the property, one at the northwest corner and one to the south on the western end of the property. The property has agricultural lands to the north, west, and south. The Alamo River borders the east side.

The four structures to be searched are located on the northern portion of the property with immediate gated access to the intersection of Towland Road and McCabe Road and are described as follows:

    (i) This structure is an administrative house consisting of a small single story tan stucco residence occupied by Alberto Noriega-Perez.

    (ii) This structure is a load house consisting of a medium sized single story tan stucco residence that was split into two apartments. Alfredo Garcia-Ortega, his wife, and three children occupy the eastern portion of the residence. The western portion is utilized to conceal undocumented aliens.

    (iii) This structure is an administrative house which is located twenty feet south of the structure described in (ii). It is an older light blue aluminum sided single-wide trailer with a wooden awning over the porch.

    (iv) This structure is an administrative house which is located immediately east of the structure described in (iii). It is an older pink aluminum sided singlewide trailer with a wooden awning over the porch.

All four structures to be searched are depicted in Attachment A-1.

## Attachment A-1

## Photo of Structure Described in Attachment A, Paragraph (i)



## Description of photo

This is the administrative house occupied by Alberto Noriega-Perez.

1

## Photo of Structure Described in Attachment A, Paragraphs (ii), (iii), and (iv)



## Description of photo

The structure at the top right side of the photo is the load house.
The structure at the top of the photo and to the left of the load house is a trailer with an awning which is used as an administrative house.
The structure to the left of the load house and below the administrative house referenced above is another trailer with an awning which is used as an administrative house.

2

## Attachment B

**The items to be seized**: passports, altered or fraudulent identification and immigration documents, various forms of United States Government documentation relating to alienage; travel documents; foreign and domestic correspondence relating to alien smuggling arrangements; airline/airfare tickets; lists containing names of associates and arrangers involved in alien smuggling activity; lists containing names of smuggled aliens along with their destinations and fees paid or to be paid; vehicle registrations of vehicles used in the smuggling and transporting of illegal aliens; financial records; bank statements; telephone records and bills; documents and receipts relating to evidence of temporary lodging of illegal aliens; documents indicating possession, dominion, and/or control of the property and any structures thereon; personal property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; utility bills; money orders and money order receipts; computer disks or diskettes and hard drives and the contents therein utilized to maintain alien smuggling transaction records; and cellular telephones utilized to facilitate the bringing in, harboring, and transporting of illegal aliens.

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
2001 E. McCabe Rd.
Holtville, CA.
The ranch consists of 32 acres to include three houses, two older house trailers, and few small travel trailers.

**Investigation Number:**
21

**Starting Date and Time:**
10/11/2005 11:30 AM

**Ending Date and Time:**
10/11/2005 02:20 PM

**Report Date:**
Wednesday, October 12, 2005

| | | | | |
|---|---|---|---|---|
| **Control #:** | 1 | | **Evidence Box:** | 1 |
| **Location:** | bldg E | | **Locator Code:** | |
| **Found:** | Bldg E | | | |
| **Description:** | Seized Per Warrant | 6 docs, misc | | |
| **Control #:** | 2 | | **Evidence Box:** | 2 |
| **Location:** | bldg E | | **Locator Code:** | 131816 |
| **Found:** | Bldg E | | | |
| **Description:** | Seized Per Warrant | 2 cells, 1 radio | | |
| **Control #:** | 3 | | **Evidence Box:** | 3 |
| **Location:** | bldg C | | **Locator Code:** | 131812 |
| **Found:** | bldg C | | | |
| **Description:** | Seized Per Warrant | misc. docs | | |
| **Control #:** | 4 | | **Evidence Box:** | 4 |
| **Location:** | bldg C | | **Locator Code:** | 131813 |
| **Found:** | bldg C | | | |
| **Description:** | Seized Per Warrant | trash bag | | |
| **Control #:** | 5 | | **Evidence Box:** | 5 |
| **Location:** | bldg B | | **Locator Code:** | 131810 |
| **Found:** | bldg B | | | |
| **Description:** | Seized Per Warrant | cam corder | | |
| **Control #:** | 6 | | **Evidence Box:** | 6 |
| **Location:** | bldg B | | **Locator Code:** | 131815 |
| **Found:** | bldg B | | | |
| **Description:** | Seized Per Warrant | 3 chargers, 2 cell phones | | |
| **Control #:** | 7 | | **Evidence Box:** | 7 |
| **Location:** | bldg B | | **Locator Code:** | 131808 |
| **Found:** | bldg B | | | |
| **Description:** | Seized Per Warrant | ledger | | |

| Control #: | 8 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | bldg B | Locator Code: | 131802 |
| Found: | bldg B | | |
| Description: | Seized Per Warrant   2 cells, 1 charger | | |

| Control #: | 9 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | bldg B | Locator Code: | 131811 |
| Found: | bldg B | | |
| Description: | Seized Per Warrant   misc. docs | | |

| Control #: | 10 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 131814 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   cell phone | | |

| Control #: | 11 | Evidence Box: | 11 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 378510 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   $3025.00 US currency | | |

| Control #: | 12 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134831 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   misc. docs | | |

| Control #: | 13 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134829 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   misc. docs | | |

| Control #: | 14 | Evidence Box: | 14 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 131803 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   cell phone cables | | |

| Control #: | 15 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134847 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   pistol Browning Ser#72077p7 | | |

| Control #: | 16 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 134827 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   3 mini cassettes/misc. docs. | | |

| Control #: | 17 | Evidence Box: | 17 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134844 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   calendar | | |

| Control #: | 18 | Evidence Box: | 18 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134841 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   dmv reg/misc docs. | | |

| Control #: | 19 | Evidence Box: | 19 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134843 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   phone bills | | |

| Control #: | 20 | Evidence Box: | 20 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 378391 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   ammo & 1 magazine | | |

| Control #: | 21 | Evidence Box: | 21 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 134836 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   day planner book w/misc. docs | | |

| Control #: | 22 | Evidence Box: | 22 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 131806 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   misc. docs | | |

| Control #: | 23 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134826 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   misc. docs, birth certificates, blank embossing stamp from north west bedroom of house/photo disk. | | |

| Control #: | 24 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | bldg A | Locator Code: | 134832 |
| Found: | bldg A | | |
| Description: | Seized Per Warrant   misc. keys & key chains. | | |

| Control #: | 25 | Evidence Box: | 25 |
|---|---|---|---|
| Location: | bldg F | Locator Code: | 134838 |
| Found: | bldg F | | |
| Description: | Seized Per Warrant   black purse w/ misc. docs | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 26 |
| **Location:** | bldg F | **Locator Code:** | 134837 |
| **Found:** | bldg F | | |
| **Description:** | Seized Per Warrant  2 Ohio dls, 1 document | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 27 |
| **Location:** | bldg A | **Locator Code:** | 134839 |
| **Found:** | bldg A | | |
| **Description:** | Seized Per Warrant  misc. docs, dmv reg./app. for birth cert. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 28 |
| **Location:** | bldg F | **Locator Code:** | 134828 |
| **Found:** | bldg F | | |
| **Description:** | Seized Per Warrant  4 cell phones | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 29 |
| **Location:** | bldg A | **Locator Code:** | 131805 |
| **Found:** | bldg A | | |
| **Description:** | Seized Per Warrant  bullets | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 30 |
| **Location:** | bldg F | **Locator Code:** | 131807 |
| **Found:** | bldg F | | |
| **Description:** | Seized Per Warrant  misc. docs | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 31 |
| **Location:** | bldg A | **Locator Code:** | 134842 |
| **Found:** | bldg A | | |
| **Description:** | Seized Per Warrant  pictures | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 32 |
| **Location:** | bldg A | **Locator Code:** | 134840 |
| **Found:** | bldg A | | |
| **Description:** | Seized Per Warrant  phone list | | |