UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR2268-JM |
| Plaintiff, | ) | |
| v. | ) | **UNSEALING ORDER** |
| JAVIER SANCHEZ-PERFINO (1),<br>ALBERTO NORIEGA-PEREZ (2), | ) | |
| Defendant. | ) | |

Upon application of the UNITED STATES, and good cause appearing, IT IS HEREBY ORDERED that the following materials be unsealed:

1. Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed on May 14, 2003, in Case No. 03mg8422;

2. Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed on October 11, 2005, in Case No. 05mg8595;

3. Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed on November 7, 2005, in Case No. 05mg8651;

4. Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed on January 4, 2006, in Case No. 06mj0024;

5. Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed on October 24, 2006, in Case No. 06mj1973;

//

| | | |
|---|---|---|
| 1 | 6. | Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed |
| 2 | | on November 3, 2006, in Case No. 06mj2023; |
| 3 | 7. | Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed |
| 4 | | on November 3, 2006, in Case No. 06mj2024; |
| 5 | 8. | Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed |
| 6 | | on November 28, 2006, in Case No. 06mj2162; and |
| 7 | 9. | Application and Affidavit for Search Warrant, Search Warrant, and Return, each filed |
| 8 | | on November 28, 2006, in Case No. 06mj2163. |

IT IS SO ORDERED.

DATED: January 28, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge